# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| DALE DEAN GOINS, | : |
| Plaintiff | : |
| v. | : 5:07-CV-171 (WDO) |
| WILLIAM TERRY, | : |
| Defendant | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to grant Plaintiff's motion to dismiss this case. The Recommendation is adopted, Plaintiff's motion to dismiss is granted and this case is dismissed without prejudice.

**SO ORDERED this 26th day of June, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**